# United States Court of Appeals
## For the First Circuit

No. 10-2393

JASON SPOONER,

Plaintiff, Appellee,

v.

EEN, INC. AND DAN EGAN,

Defendants, Appellants.

_____

ERRATA SHEET

The opinion of this Court issued on July 5, 2011 is corrected as follows:

On page 13, line 10, change

"note 1" to

"note 2"